PACE v. D'ANGELO.

(Supreme Court, Appellate Division, First Department.   January 24, 1913.)

TRIAL (§ 139*)—DISMISSAL.
    Plaintiff having made out a prima facie case presenting issues of fact for the jury, it was error to dismiss the complaint at the close of his case.
    [Ed. Note.—For other cases, see Trial, Cent. Dig. §§ 332, 333, 338–341, 365; Dec. Dig. § 139.*]

Appeal from Trial Term, New York County.

Action by Gicomo Pace against Antonio D'Angelo for negligence.   From a judgment entered on a dismissal of the complaint at the close of his case, plaintiff appeals.   Reversed, and new trial ordered.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Wesley S. Sawyer, of New York City, for appellant.
Carl Schurz Petrasch, of New York City, for respondent.

PER CURIAM.   Plaintiff made out a prima facie case presenting questions of fact.   It was error, therefore, to dismiss the complaint at the close of his case.

The judgment appealed from should be reversed and a new trial ordered, with costs to the appellant to abide the event.